960 A.2d 386

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. J.G., DEFENDANT–MOVANT.

October 20, 2008.

ORDERED that the motion for leave to appeal is granted.

960 A.2d 387

IN THE MATTER OF RIVERVIEW PROFESSIONAL SERVICES.

October 23, 2008.

The parties having stipulated to a dismissal on behalf of the Riverview Professional Services, Inc., and good cause appearing, it is ORDERED that the appeal is dismissed.